**No. 09-10269. Billy Slaydon, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3338, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4207.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 538.

**No. 09-10270. Andre Corbett, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3338, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4264.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 372.

**No. 09-10272. Abraham Delgado, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3339, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4216.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 955.

**No. 09-10274. Alfred Lewis, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3339, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4213.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 362 Fed. Appx. 402.

**No. 09-10275. Andrew M. Kosack, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3339, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4357.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 366 Fed. Appx. 642.

**No. 09-10278. Larry Collier Taylor, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3339, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4268.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 592 F.3d 1104.

**No. 09-10289. Jimmy Steele, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3340, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4184.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 353 Fed. Appx. 908.

**No. 09-10296. Bobbie Lane Kendle, Petitioner v. United States.**

560 U.S. 933, 130 S. Ct. 3340, 176 L. Ed. 2d 1234, 2010 U.S. LEXIS 4235.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.